# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                             Case: 8:25-CR-299-VMC-NHA

**LEO JOSEPH GOVONI**
_____/

## MEDICAL ORDER

 Defendant Leo Joseph Govoni is in the custody of the United States Marshal Service. Mr. Govoni reports he suffers from diabetes, high blood pressure, brain injuries, and cardiovascular conditions. Mr. Govoni takes various medications, and the case agents provided those medications to the United States Marshal Service. At today's hearing, Mr. Govoni orally moved for a medical order and confirmed it could appear on the public docket.

 It is therefore **ORDERED** that Mr. Govoni's motion for a medical order is **GRANTED**. The defendant must be evaluated by medical staff at his place of incarceration and receive any prescribed medications unless discontinued by a physician.

 **ORDERED** at Tampa, Florida, on June 23, 2025.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge