| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Case No. 8:25-cr-299-VMC-NHA; Victim Statement of |
| **Date:** | Wednesday, June 25, 2025 10:42:21 PM |

Hi Bianca,

My clients,                             provide the following victim statement in support of no (or, at a minimum, heightened) bond for the defendant, Leo Govoni:

Through no fault of their own,                    have endured a marathon of legal proceedings in their short lives. CPS removed them from their home at the age of 10 and 11, respectively, because of abuse in the home. Shortly after, their father murdered their mother and then abandoned the children to the foster care system after a lengthy conservatorship proceeding. Several years later, while still a suspect in his wife's murder but not yet charged, their father fought to obtain the life insurance proceeds from his wife's death to the detriment of the children he had abandoned to foster care. We reached a settlement in the federal civil lawsuit and trusted those settlement funds to the Centers for safekeeping.

          s father was subsequently indicted, tried, convicted, and sentenced to 55 years in prison of their mother's murder. The first trial resulted in a mistrial, so                had to endure two state criminal trials in that case.

Then we received the sickening news about the Centers and learned off the horrific acts committed by Mr. Govoni and his co-conspirators. Who steals from victimized children in foster care? The disabled? The most vulnerable amongst us? Someone who has no conscience, compassion, or mercy. As        said, "I think for all the people he has stolen money from, it would help give them peace of mind if [the defendant] does not get on bail." We request that the Court deny bail to Mr. Govoni in this case and that he be detained until trial, which will be the third criminal trial that                     are forced to experience as victims.

Respectfully,
Megan Moore, attorney for

Megan C. Moore | Partner

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Fwd: Victim statement |
| **Date:** | Wednesday, June 25, 2025 4:20:27 PM |

I realized I sent a victim statement email from a old email I had instead of this one. ⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣ is where it was sent from but I use this one for anything pertaining to my son ⁣⁣⁣⁣. So I apologize for the confusion. I don't know if the victim statement email is attached to this one but I hope it is because this is all very confusing especially since I am emotionally drained from this situation.


---------- Forwarded message ---------
From:
Date: Wed, Jun 25, 2025, 4:16 PM
Subject: Fwd: Victim statement
To:



---------- Forwarded message ---------
From:
Date: Wed, Jun 25, 2025, 4:15 PM
Subject: Victim statement
To: <Bianca.alonzo@usdoj.gov>


My name is ⁣⁣⁣⁣ and I am writing on behalf of my son ⁣⁣⁣⁣ who is a victim of Leo Govoni. I'm not sure where to start or what to say but I realize that this is a detention hearing that will determine the fate of Leo Govoni while he awaits trial.
Mr. Govoni's crime against my son has taken away his freedom to do many things. The money that was set aside for ⁣⁣⁣⁣'s security and safety and ability to stay home with me so that I can take care of him properly is in jeopardy. He's taken away our ability to feel safe therefore he should not be free. He's taken away my son's ability to be free to do the things he loves to do therefore he should not be free. He's taken away my safety and security and knowing if anything happened to my son's wheelchair van that we would be able to get a replacement quickly but now I can no longer afford that. ⁣⁣⁣⁣ is not the only victim in this family. What Govoni has done has hurt not only ⁣⁣⁣⁣ but his brother and myself. Mr. Govoni has repeatedly proven over and over again that he cannot be trusted. There is no way that he did this crime by himself or with just one other person. It is clear that many many hands were involved in this abhorrent crime against the most vulnerable people. He is repeatedly refused to follow court orders. Therefore he should not be free. He is a flight risk if not because he doesn't have his own plane then because he has many people that have helped him do this that don't want to be caught. We don't know who he has that will help him either destroy evidence get rid of assets or flee the country and I don't believe an ankle monitor would stop that from happening. I wish you could look into the eyes of my son and the many other medically needy victims and tell them that you're going to do the right thing and keep that man behind bars where he belongs. He has taken away the rights and freedoms and security of almost 2,000 people who relied on that money, not to live a rich lavish life but just to live with their families or if able on their own without having to worry how they were going to provide for themselves

or their loved ones. Many of us are at risk of losing our loved ones because we won't be able to afford to keep them at home. So why should Mr Govoni be allowed to go home? He shouldn't. Many of us won't have the transportation needed to get our loved ones either out of the house for fresh air or to appointments. So why should he have the freedom to leave the house when he wants. I no longer have any help with my son         except for his brother         , and he works full-time and goes to college. Therefore I barely leave the house. Because of what Mr Govoni did I'm lucky if I get to leave the house once a week to run to the store. So why should he have the freedom to do that? He shouldn't! There are so many more things I want to write but I am writing these words through tears and cannot gather my thoughts. But I can tell you this I cannot fathom that man who stole from medically needy vulnerable people being let out even if it is with an ankle monitor or house arrest. It will be a true Injustice to my son and all those that have lost everything because of the greed of that man. So I implore you to do the right thing on behalf of his victims and keep him behind bars because he has taken away our freedom his should be taken away as well.

Sincerely
                and my sons

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Govani |
| **Date:** | Wednesday, June 25, 2025 2:32:14 PM |

Hello Magistrate Judge:

Our opinion regarding the bail hearing for Leo Govani is as follows: Please do not let this horrible criminal out of jail. He is clever and surely has money hidden and plans to go into hiding if released. All his victims have breathed a sigh of relief when we heard he was finally arrested. The first relief any of us have felt since this has happened.

Please do not let this despicable soulless thief out of prison. He needs to be punished and locked up forever.

Sincerely,                                                         on behalf of
minors

Sent from the all new AOL app for iOS

10

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Govoni Special Needs Trust Victim |
| **Date:** | Wednesday, June 25, 2025 2:38:47 PM |

Good Afternoon,

I am a victim of Govoni's siphoning of my special needs trust. I would personally like to request that he stay in jail. Govoni has shown me he can't be trusted; he exploited the most vulnerable people and has no remorse. I had a liver surgery when I was 9 years old. I was in and out of hospitals for years with various health issues. My family trusted his company with settlement money from my malpractice case only for him to siphon everything I had. I am 22 years old now, trying to start my life only to realize that my pain and suffering has benefited someone who already is well off. I don't have faith in his ability to reform as a person since he's done something that has harmed my plans to be able to afford a home and my education in neuroscience.

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Impact Statement regarding Leo Govoni |
| **Date:** | Wednesday, June 25, 2025 7:55:21 PM |

Hello,

My name is                    , and I am the brother of                       , one of the many affected by the heinous acts of Mr. Govoni. My brother has cerebral palsy, the result of improper delivery of him during birth, and we had entrusted The Center of Special Needs Trust Administration with our money and to make the best decisions along side us for           's health and well-being. My family has had plenty of ups and downs through the years, but we always got through it together, my brother, my mom, and I. But nothing we have gone through even comes close to the disgusting act of the misuse of funds from my brother's account and many other family's accounts, all undeserving of what has been stolen from them. What Mr. Govoni has done to us and so many other people is absolutely inexcusable and gross, in no world should this man get away with what has happened. Stealing money, from disabled people, and their families? Money that is used to better their care? There is many words I'd like to say but will refrain from using in this statement. God willing Mr. Govoni will be brought to justice, I ask that you carefully consider us, the people and families in the court room today, and so many more around the country who have been affected by his actions. We ask that Mr. Govoni be held in jail while he awaits trial, to prevent any more acts like this one from happening and to keep the investigation unaffected and untampered with. Thank You

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Subject:** | [EXTERNAL] Letter regarding Govani |
| **Date:** | Thursday, June 26, 2025 1:16:45 AM |

To whom it may concern:
My daughter is
That it is being considered for this man to be afforded a bond hearing is unimaginable.
What this man did is an abomination.
His fraud and theft opened up a hellscape for families.
There are not enough words in the English language to describe the anguish this man has inflicted.
Do not allow this man bond.
My daughter and the other victims of his theft along with families deserve for him to experience the same anguish he has put each and every person affected by his theft through.
I will leave you with this
Matthew 25

**37** Then shall the righteous answer him, saying, Lord, when saw we thee an hungred, and fed thee? or thirsty, and gave thee drink?

**38** When saw we thee a stranger, and took thee in? or naked, and clothed thee?

**39** Or when saw we thee sick, or in prison, and came unto thee?

**40** And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done it unto one of the least of these my brethren, ye have done it unto me.

**41** Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels:

**42** For I was an hungred, and ye gave me no meat: I was thirsty, and ye gave me no drink:

**43** I was a stranger, and ye took me not in: naked, and ye clothed me not: sick, and in prison, and ye visited me not.

**44** Then shall they also answer him, saying, Lord, when saw we thee an hungred, or athirst, or a stranger, or naked, or sick, or in prison, and did not minister unto thee?

**45** Then shall he answer them, saying, Verily I say unto you, Inasmuch as ye did it not to one of the least of these, ye did it not to me.

Sincerely,

**From:**
**To:** Alonzo, Bianca (USAFLM)
**Subject:** [EXTERNAL] Statement to judge regarding Leo Govoni
**Date:** Wednesday, June 25, 2025 11:35:01 PM

Mother of         …

Your Honor,

I am ███████'s mother.

I did as I was ordered by the court to trust the Special Needs trust with her financial court outcome.

Mr. Govoni had an entire year from the bankruptcy filing till the other day of his arrest to produce documents to the court. He repeatedly ignored the courts order.

Proving he can not be trusted to not try + remove more evidence if released.

He is a lawyer - he has the ability to influence witness's if released.

He has proven a flight risk as during these year long proceedings he left the country.

He has money in Chase bank.

He should have NO access to any of his accounts. We do not know how much physical cash he has on hand + could easily cut off an ankle monitor.

He was so arrogant that for this past year he has produced almost nothing to prove his innocence. And so arrogant he kept coming back believing he had outsmarted even the FBI + IRS by all his paperwork + shell companies.

16

| | |
|---|---|
| **From:** | |
| **To:** | Alonzo, Bianca (USAFLM) |
| **Cc:** | |
| **Subject:** | [EXTERNAL] Victim of crime statement for bail hearing on Govoni |
| **Date:** | Wednesday, June 25, 2025 4:35:52 PM |

On behalf of myself, my husband           and our son

Your Honor,

My name is            , and I speak today on behalf of my husband Marcus and our son           .           is a 23 year old man with special needs who was victimized by the individual entrusted with managing his Special Needs Trust. Over $45,000 of           's funds were embezzled—money that was meant to support his well-being and secure his future. That betrayal of trust has caused lasting harm to our family and most especially to           , who depends on those resources and has lost the chances to do many things we had hoped he could do before his health deteriorated and he is unable to anymore.

We respectfully urge the court to consider keeping this individual in custody or, at the very least, under the strictest monitoring possible. Based on his actions over the past decade, we believe he is highly skilled in evasion and manipulation. He has already demonstrated his ability to operate undetected and to use his access to resources and connections to avoid accountability.

While we cannot confirm whether he poses a flight risk, we are certain that he possesses both the means and the motivation to flee and potentially live in luxury beyond the reach of justice. We are also gravely concerned that key documents related to his crimes may still exist—and that they are at risk of being destroyed, lost, or concealed if he is not closely monitored. These documents are critical to uncovering the full truth and ensuring justice is served.

On behalf of our family and especially for           , we implore the court to take every possible measure to protect what remains of our son's rights and future. We thank you for considering the lasting impact this crime has had on a vulnerable young man and our family.

Sincerely,

RE: Embezzlement of Special Needs Trust Fund – Victim Statement

Your Honor,

My statement is not just as a concerned family member, but as the voice of my granddaughter and countless other innocent victims who cannot speak for themselves and whose lives have been forever and irreversibly harmed by the selfish, calculated actions of Leo Govoni.

Leo Govoni did not just steal money. He stole futures and lives from my granddaughter and others. By embezzling over one hundred million dollars from a special needs trust fund, Leo Govoni robbed the most vulnerable among all of us of essential care, stability, and dignity they were promised.

Why should it be ok that he keep his?  These are children and adults with profound disabilities. These monies were not a luxury. They were a lifeline to those whose lives already came with enormous challenges -- providing for basic medical treatment, housing, therapies and personal care.

My granddaughter, now 23, has had cerebral palsy since birth and the mental capacity of a 2-year-old. She is dependent on this care and is now left to face a terrifying and uncertain future. Her chance to have a life of comfort and dignity has been stripped away.

We are forced to make impossible decisions between her future medical needs and basic life care. The stress has taken an unimaginable toll on our entire family. Physically we are exhausted. Mentally we are shattered.

Thousands of others are now forced into this nightmare. We have been sentenced to a lifetime of worry, financial insecurity, and emotional trauma all because of one man's greed. Leo Govoni did not have a momentary lapse of poor judgement. This was a sustained, deliberate betrayal of the most helpless people in our society.

He must not be given the freedom to walk freely while so many others remain trapped by the consequences of his actions.

I implore you, for the sake of justice, do not show leniency to this man. Send a message to society that we will protect those who cannot protect themselves. Please let justice be served.