UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Leo Joseph Govoni
8:25-cr-00299-VMC-NHA

| | |
|---|---|
| **Date**: July 17, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:47 PM–2:59 PM    Total: 12 min | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jennifer Peresie, AUSA | Stephen Consuegra, AFPD |

**Arraignment**

Defendant present with counsel.

Court advises Defendants of Rights.

Court notes prior counsel entered only limited appearance and has elected not to continue representation.

Oral motion for counsel by Defendant. Court reviews financial affidavit and hears arguments by counsel on Defendant's eligibility for CJA counsel.

Based on the outstanding judgments against Defendant, the bankruptcy's right to his assets, and the government's forfeiture notice, government agrees Defendant is not legally entitled to use funds—if he had them—to retain counsel.

Court finds Defendant qualifies for appointment of counsel. AFPD appointed.

Not guilty plea entered by Defendant.

Defendant waives formal reading of the Indictment.

Arraignment is held.

Oral Motion for discovery by defendant.

Oral order government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal Discovery by Government.

Oral order to defendant to provide reciprocal discovery under Rule 16(b).

Trial currently set for the September Trial Term beginning on September 2, 2025 at 9am before District Judge Covington. Status conference set for August 14, 2025 at 9:30am.

Court in recess.