**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:25-cr-299-VMC-NHA** | **DATE:   July 24, 2025** | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Leo Joseph Govoni and John Leo Witeck** | **GOVERNMENT COUNSEL**<br>Jennifer Lynn Peresie<br><br>**DEFENDANT COUNSEL**<br>Adam Benjamin Allen<br>Matthew J. Mueller via Telephone | |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 2:30 PM – 2:57 PM<br>**TOTAL:** 27 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government. Ruling is held in abeyance until Mr. Mueller files a motion to continue trial to the January 2026 trial term and extend the pretrial motions deadline to October 31, 2025 with the appropriate waiver of speedy trial.

Leo Joseph Govoni waives speedy trial through July 31, 2026.

Government's Motion for Miscellaneous Relief, specifically 18 U.S.C. § 3771(d)(2) Victim notification procedures is granted for the reasons stated on the record (Doc. 71).