# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.: 8:25-CR-299-VMC-NHA

LEO JOSEPH GOVONI

_____/

## NOTICE OF APPEARANCE

I, ADAM B. ALLEN, attorney for Defendant, enter this Notice of Appearance

on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT
## ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **LEO JOSEPH GOVONI**, the above-named defendant, waive my right to

be present at Arraignment. I have received a copy of the charging instrument and

have read it or have had it read to me. I have been advised of the substance of the

charge(s). I enter a plea of not guilty to the charge(s)

_____        _____
Counsel for Defendant                   Defendant
Adam B. Allen, Esq.                      Leo Joseph Govoni

Date: 6-5-2026

**IF DEFENDANT WAIVES HIS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.**

## REQUEST FOR DISCOVERY

Comes now, **LEO JOSEPH GOVONI**, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

/s/ *Adam B. Allen*
Adam B. Allen
Assistant Federal Public Defender
Florida Bar No.0998184
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:  (813) 228-2562
Email:    Adam_Allen@fd.org

2

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing.   The matter of discovery will be addressed by separate order.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  5th  day of June 2026, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Gregory Davis Pizzo
AUSA Micheal Kenneth
AUSA Lyndie Freeman
AUSA Ilyssa Spergel
Mathew J. Mueller, Counsel for Defendant Witeck

/s/ Adam B. Allen_____
Adam B. Allen
Assistant Federal Public Defender

3