UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 10A

United States v. Leo Joseph Govoni, John Leo Witeck
8:25-cr-00299-VMC-NHA

| **Date**: June 9, 2026 | **Court Reporter**: **Digital** |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:25 PM–2:26 PM    Total: 1 min | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Christian Adkins for Michael Kenneth | Matthew Muller, Ret, Appearance waived |
| | Adam Allen, AFPD |

| **Arraignment** |
|---|

Government counsel present.

Defendants and their counsel not present. Defendants waived appearances. Court accepts the waivers.

Not guilty pleas entered by both Defendant and accepted by the Court.

Arraignment is held.

Motion for discovery by defendants via Docs. 134 and 137.

Oral order government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal Discovery by Government.

Oral order to defendant to provide reciprocal discovery under Rule 16(b).

Trial set for February 2027 trial term before District Judge Covington. Status conference on May 19, 2026 at 9:30am.

Due process oral order given.

Court in recess.