UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-00299-VMC-NHA

LEO JOSEPH GOVONI and
JOHN LEO WITECK
_______________________________________/

**ORDER SETTING PRE-TRIAL DEADLINES**

Defendants move, without opposition, to continue the trial to the May 2027 term and to modify the pre-trial schedule. Doc. 151. I held a hearing on the motion on October 6, 2026. For the reasons stated at the hearing, I order as follows:

1. The motion is MOOT to the extent that it seeks to move the trial date. The Court has rescheduled the trial for the May 2027 term. Doc. 157.

2. The motion is GRANTED to the extent Defendants ask to Court to adopt the following agreed-upon pre-trial deadlines:

| Disclosure/Deadline | Date |
|---|---|
| Government expert disclosures | December 1, 2026 |
| Defendant expert disclosures | January 15, 2027 |
| Exchange of preliminary witness lists | January 15, 2027 |

| | |
|---|---|
| Cut off for making discovery available to review | January 22, 2027 |
| Exchange of preliminary exhibit lists | February 15, 2027 |
| 404(b) Notices | February 15, 2027 |
| Objection to 404(b) Notices | March 4, 2027 |
| Deadline for parties to confer regarding motions in limine | March 4, 2027 |
| Deadline to exchange draft jury instructions and verdict forms | March 4, 2027 |
| Motion in Limine deadline | March 18, 2027 |
| Deadline for meeting to discuss objections to disclosed exhibits | March 18, 2027 |
| Responses to Motions in Limine | April 1, 2027 |
| Rebuttal expert disclosures | April 1, 2027 |
| Deadline for updates to previously exchanged witness and exhibit lists | April 5, 2027 |

ORDERED on October 6, 2026.

Natalie Hirt Adams

NATALIE HIRT ADAMS
United States Magistrate Judge